EMANUEL HALPERN, Appellant, v. LANGROCK BROTHERS COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.; Laughlin and Page, JJ., dissented.

FRANK M. TICHENOR and Another, as Temporary Administrators, etc., of HENRY T. CUTTER, Deceased, Appellants, v. GEORGE RAMSEY and Another, as Temporary Administrators, etc., of A. GERTRUDE CUTTER, Deceased, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

GERTRUDE BOHM, as Administratrix, etc., Appellant, v. VAUDEVILLE COLLECTION AGENCY, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

LEWIS L. RANSOM, Respondent, v. DEGNON CONTRACTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

WILLIAM S. HUGHES, Appellant, v. THE CITY OF NEW YORK and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

EUGENE DORIS, Appellant, v. McMULLEN, SNARE & TRIEST, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

SALVATORE ARNONI, Respondent, v. McDERMOTT DAIRY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

HEMSLEY & COMPANY, LTD., Respondent, v. C. C. DUNCAN COMPANY, INC., and Others, Appellants.— Appeal dismissed, without costs. No opinion. Present — Scott, Laughlin, Smith, Page and Davis, JJ.

In the Matter of TURBO-ELECTRIC CONSTRUCTION COMPANY. TURBO-ELECTRIC CONSTRUCTION COMPANY and Another, Appellants; JOHN A. BLAIR and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

MARY AGNES SCHAPIRO, Respondent, v. BARNET SCHAPIRO, Appellant.— Order reversed and motion denied, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Dowling and Shearn, JJ., dissented.

GENEVRA W. WOODRUFF, Appellant, v. CHARLES G. STAPLES, as Trustee, etc., and Others, Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

LOUIS BECK, Respondent, v. SIGMUND M. GALLERT and Others, Appellants.— Order modified by striking out the particulars called for in the paragraphs numbered 1 and 2 in the moving affidavit, and by striking out of the paragraphs thereof numbered 3, 4, 5, 6 and 7, respectively, the words " in detail " and " and names of persons," and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ. Order to be settled on notice.